# METH LAW OFFICES, PC
POST OFFICE BOX 560, 10 MOFFATT LANE, SUITE 2, CHESTER, NEW YORK 10918

Tel 845-469-9529                                                                                                          Fax 845-913-9565

February 14, 2023

*Filed via ECF and via email*
chambersnysdseibel@nysd.uscourts.gov
Hon. Cathy Seibel, District Judge
Federlal Building and US Courthouse
300 Quarropas Street
White Plains, NY 10601

      RE:    Colleen Doolan o/b/o the subject minor child *H.P., Jr.* v. Monticello Central School District
             Case No.: 7:22-cv-08759-CS

Dear Judge Seibel:

    This firm is legal counsel to Colleen Doolan, the parent/guardian of student, *H.P., Jr.* Since our last conference, the district has scheduled a CSE Meeting and we now have a pre-hearing conference scheduled for March 16, 2023 at 4:30pm with an Impartial Hearing Officer from the State Education Department.

    It is therefore respectfully requested that this matter be discontinued without prejudice.

    Thank you for your consideration and courtesy in this request.

                                Respectfully Submitted,
                                *Michael D. Meth/nr*
                                Michael D. Meth

MDM/nr
cc:    Melissa Cowan, Esq.
        Colleen Doolan

Plaintiff's application is granted and the case is dismissed without prejudice. The Clerk shall close the case.

SO ORDERED.

*Cathy Seibel*    2/15/23
CATHY SEIBEL, U.S.D.J.